DANIEL W. BALLESTEROS - BAR# 142003
dwb@hogefenton.com
ALISON BUCHANAN – BAR# 215710
apb@hogefenton.com
LISA L. GORECKI – BAR# 262984
llg@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax:  (408) 287-2583

Attorneys for Defendants, LEADER BULSO & NOLAN, PLC and EUGENE N. "GINO" BULSO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SAN FRANCISCO RESIDENCE CLUB, INC., THOMAS O'SHEA and ANNE O'SHEA, as Trustees of the Trust of Thomas and Anne O'Shea, KATE LARKIN DONAHUE, THOMAS O'SHEA, individually, TAK TECH POINT, LLC, KKA CAS, LCC, and GRANDVIEW CREDIT, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>LEADER BULSO & NOLAN, PLC, EUGENE N. "GINO" BULSO, and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. 3:13-cv-00844-EMC<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO DISMISS FOR LACK OF JURISDICTION AND IMPROPER VENUE, OR IN THE ALTERNATIVE TO TRANSFER FOR IMPROPER VENUE, OR IN THE ALTERNATIVE TO TRANSFER FOR CONVENIENCE** |

Defendants, LEADER BULSO & NOLAN, PLC and EUGENE N. "GINO" BULSO, at the request of counsel for Plaintiffs, SAN FRANCISCO RESIDENCE CLUB, INC., THOMAS O'SHEA and ANNE O'SHEA, as Trustees of the Trust of Thomas and Anne O'Shea, KATE LARKIN DONAHUE, THOMAS O'SHEA, individually, TAK TECH POINT, LLC, KKA CAS, LCC, and GRANDVIEW CREDIT, LLC, agree to postpone the hearing and response deadlines on Defendants' Motion to Dismiss for Lack of Jurisdiction and Improper

Venue, or in the Alternative to Transfer for Improper Venue, or in the alternative to Transfer for Convenience currently set for April 18, 2013 at 1:30 P.M. in Courtroom 5 of this Court.

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the hearing on Defendants' Motion to Dismiss for Lack of Jurisdiction and Improper Venue, or in the Alternative to Transfer for Improper Venue, or in the alternative to Transfer for Convenience is moved to May 9, 2013 at 1:30 P.M. in Courtroom 5 of this Court. It is further stipulated that the responses are now due by April 9, 2013 and the replies are due by April 16, 2013.

DATED: _____

        HOGE, FENTON, JONES & APPEL, INC.

        By /s/ Daniel Ballesteros
           Daniel W. Ballesteros
           Attorneys for Defendants

DATED: _____

        By /s/ Michael Brook
           Michael J.M. Brook
           Attorney for Plaintiffs

    IT IS HEREBY ORDERED that the hearing on Defendants' Motion to Dismiss for Lack of Jurisdiction and Improper Venue, or in the Alternative to Transfer for Improper Venue, or in the alternative to Transfer for Convenience is moved to May 9, 2013 at 1:30 P.M. in Courtroom 5 of this Court. The responses are due by April 9, 2013 and the replies due by April 16, 2013.

**IT IS SO ORDERED.**

DATED: 3/11/13

_____
IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS OR TRANSFER