UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO RESIDENCE CLUB, INC., *et al.*,

    Plaintiffs,

v.

LEADER BULSO & NOLAN, PLC, *et al.*,

    Defendant(s).

    _____/

No. C-13-0844 EMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS SO ORDERED AND ADJUDGED that Judgment is entered in accordance with the **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS; AND GRANTING DEFENDANTS' ALTERNATIVE MOTION TO TRANSFER VENUE filed on May 14, 2013.** The Clerk of the Court is directed to close the file in this case.

Dated: May 14, 2013

                                                             _____
                                                             EDWARD M. CHEN
                                                             United States District Judge